[Nos. 26992-5-I; 27341-8-I.   Division One.   June 15, 1992.]

THE STATE OF WASHINGTON, *Respondent* v. JESSE FULTZ, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 89-8-03037-5, Dale B. Ramerman, J., entered August 24 and October 31, 1990. *Affirmed* by unpublished

opinion per Webster, A.C.J., concurred in by Scholfield and Forrest, JJ.